UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cr89
1:11CR1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )　　　**ORDER** |
| | ) |
| JONATHAN CLINGMAN LOGAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pending before the Court is Defendant's Motion to Continue [# 29]. Defendant moves to continue the status conference set for Thursday, June 9, 2011, due to recent surgery. Upon a review of Defendant's motion and the record in this case, and for good cause shown, the Court **GRANTS** the motion [# 29]. The Court **RESETS** the status conference in this case for 9:30 a.m. August, 9, 2011, at the same location as previously scheduled.

Signed: June 8, 2011

Dennis L. Howell
United States Magistrate Judge