# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CR 89 & 1:11 CR 01

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JONATHAN CLINGMAN LOGAN, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THESE MATTERS have come before the court for hearing on August 2, 2011 for the purpose of reviewing the medical records and physical situation of defendant to determine whether or not there continue to be exceptional reasons as to why the detention of defendant would not be appropriate. At the call of this matter on for hearing it appeared that defendant's counsel, Fredilyn Sison, was present but the defendant was not present. Assistant United States Attorney Tom Ascik appeared on behalf of the government. Ms. Sison moved to continue the hearing for the reason that defendant had been hospitalized the previous day on August 1, 2011 and defendant was unable to appear in court. Ms. Sison gave explanations for the failure of defendant to appear as is set forth in the record. After hearing the reasons for the motion for continuance by Ms. Sison, Mr. Ascik advised that he did not object. As a result, and for good cause shown, the undersigned will order that the motion of Ms. Sison to continue will be granted and the hearing will be continued until August 29,

2011 at 9:30 o'clock a.m. Ms. Sison has been directed by the court to obtain all of the medical records of treatment of defendant so the court can determine whether or not exceptional circumstances continue to exists for the release of defendant.

### ORDER

**IT IS, THEREFORE, ORDERED** that the oral motion to continue of defendant's counsel is **ALLOWED** and the hearing in this matter is continued until **August 29, 2011 at 9**:**30 o'clock a.m.** It is **ORDERED** that defendant shall appear at said session and it is further **ORDERED** that defendant and his counsel shall present medical records showing the medical condition of defendant for review. The medical records shall be delivered to chambers of the undersigned on or before August 25, 2011 for review with copies provided to the Assistant United States Attorney who has responsibility for the matters involving defendant.

Signed: August 4, 2011

*[signature]*

Dennis L. Howell
United States Magistrate Judge